**Winfred WITHERSPOON, Plaintiff—Appellant,**

v.

**BOOTH, individually and in his or her official capacity, Psych. Assoc., Mrs.; Jeremy Sowers, individually and in his or her official capacity; Sherry Hafer-**

kamp, individually and in his or her official capacity; State of Maryland, individually and in his or her own capacity, Defendants—Appellees.

No. 10–6703.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 5, 2010.

Winfred Witherspoon, Appellant Pro Se. Nicholé Cherie Gatewood, Office of The Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Winfred Witherspoon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Witherspoon v. Booth,* No. 1:09–cv–01593–JFM, 2010 WL 1881761 (D.Md. May 6, 2010). We also grant Appellees' motion to waive personal service and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*